IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| In the Matter of the Search of: | MJ 26-55-M-KLD |
|---|---|
| Gray 2006 Lexus IS bearing Montana license plate SUPRME, VIN JTHCK262662003167 registered to Perry DIIORIO at 143 Rimrock Court, Kalispell, MT 59901 | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 6th day of May, 2026.

_____

Kathleen L. DeSoto
United States Magistrate Judge

1